NO.:12-14-00011-CR

| | | |
|---|---|---|
| MARQUEL JERMON SCOTT | ( | IN THE TEXAS COURT |
|     PETITIONER, | ( | |
| | ( | |
| vs!.! | ( | OF     **RECEIVED IN** |
| | ( | **COURT OF CRIMINAL APPEALS** |
| THE STATE OF TEXAS | ( | |
|     RESPONDENT. | ( | CRIMINAL APPEALS MAY 29 2015 |

MOTION FOR EXTENSION OF TIME TO FILE "PDR"

Abel Acosta, Clerk

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, Marquel Jermon Scott, Petitioner, and files this Motion For Extension of Time for sixty (60) days in which to file a Petition For Discretionary Review. In support thereof would respectfully show the Court the following:

I.

The Petitioner was convicted in the 7th District Court of Smith County, Texas for the offense of "Murder" in cause number:007-0154-13, The State of Texas vs. Marquel Jermon Scott. The Petitioner Appealed to the Court of Appeals, Twelfth Supreme Judicial District, Appeal No.:12-14-00011-CR. The case was "Affirmed" on April 30, 2015.

II.

The present deadline date for filing the Petition for Discretionary Review is, May 30, 2015. The Petitioner has not requested any extension of time prior to this request.

FILED IN
COURT OF CRIMINAL APPEALS
MAY 29 2015
Abel Acosta, Clerk

III.

Petitioner request for extension of time is based on the following facts: Petitioner was not informed of the decision by his counsel that his case had been "Affirmed" until, May 11, 2015. Since then Petitioner has been attempting to obtain all necessary documents required to file with his "PDR". Additionally, Petitioner contends that this request is not made to harass any party to this proceeding, nor made to delay the final resolution of this cause.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this Honorable Court Grant this Motion, and extend the deadline for filing his Petition For Discretionary Review in cause No. 12-14-00011-CR to July 30, 2015.

Respectfully Submitted

Marquel Jermon Scott-Petitioner
TDCJ-ID NO. 1908010

## DECLARATION

I, Marquel Jermon Scott, do declare under penalty of perjury, that the foregoing stated information is true and correct.

Executed this 20 day of May, 2015.

_____
Signature of Affiant

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing Motion For Extension of Time To File A PDR, has been forwarded by U.S. Postal mail, postage pre-paid, and placed in the Polunsky Unit Postal mail Box addressed to: The State Prosecuting Attorney "D. A. Michael J. West, at Smith County Courthouse, 100 N. Broadway, Tyler, Texas 75702.

Executed this 20 day of May, 2015.

_____
Signature of Affiant

NO.:12-14-00011-CR

| | | |
|---|---|---|
| MARQUEL JERMON SCOTT | ( | IN THE TEXAS COURT |
| PETITIONER, | ( | |
| | ( | |
| VS. | ( | OF |
| | ( | |
| THE STATE OF TEXAS ( | ( | |
| RESPONDENT. | ( | CRIMINAL APPEALS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

MOTION TO SUSPEND TRAP RULE 9.3 PURSUANT TO TRAP RULE 2.

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, Marquel Jermon Scott, Petitioner in the above styled and appellate cause number, and moves this Honorable Court to "Suspend TRAP Rule 9.3 "Number of copies" pursuant to TRAP Rule 2 "Suspension of Rule." In support of this request would show the following:

FILED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

I.

GOOD-FAITH REQUEST

Petitioner states the following under penalty of perjury:

1. Texas Department of Criminal Justice Institutional Division, does not provide any manner for an offender to make copies for legal/ documents. ;and

2. Offenders are allowed through indigent supplies only five (5) pieces of carbon paper, and 25 sheets of typing paper per month, which is insufficient to provide the necessary required copies.

Executed this 20 day of May, 2015.

_____
Signature of Affiant

CERTIFICATE OF SERVICE

I, certify that a true and correct copy of this Motion/Pleading, was forwarded to: The State Prosecuting Attorney; Michael J. West
at Smith County Courthouse, 100 N. Broadway, Tyler, Texas 75702

Executed this 20 day of May, 2015.

X _____
Signature of Affiant

Page 1 of 1